PER CURIAM.
 

 We have for review
 
 Allen v. State,
 
 951 So.2d 1035 (Fla. 4th DCA 2007), in which the Fourth District Court of Appeal relied upon its decision in
 
 Yisrael v. State,
 
 938 So.2d 546 (Fla. 4th DCA 2006) (en banc),
 
 disapproved in part,
 
 993 So.2d 952 (Fla. 2008), and affirmed the trial court without further elaboration. At the time that petitioner sought to invoke this Court’s discretionary jurisdiction,
 
 Yisrael
 
 was pending review. We have jurisdiction.
 
 See
 
 art. V, § 3(b)(3), Fla. Const.;
 
 Jollie v. State,
 
 405 So.2d 418, 420 (Fla.1981).
 

 We stayed proceedings in this case pending our disposition of
 
 Yisrael,
 
 in which we: (1) approved the decision of the First District in
 
 Gray v. State,
 
 910 So.2d 867 (Fla. 1st DCA 2005), and (2) disapproved the reasoning and rule of law articulated by the Fourth District in its underlying decision, but ultimately approved the result reached by that court
 
 on other grounds. See Yisrael v. State,
 
 993 So.2d 952, 960-61 (Fla.2008). We subsequently issued an order directing the State to show cause why we should not accept jurisdiction, summarily quash the decision under review, and remand for reconsideration in light of our decision in
 
 Yisrael.
 
 In response, the State asserts that documents submitted during sentencing complied with this Court’s
 
 Yisrael
 
 decision. However, the full appellate record is not before the Court, and the Fourth District is a more appropriate forum in which to raise these factual contentions that were not addressed within the four corners of the district court’s opinion below.
 

 Accordingly, we grant the petition for review, quash, and remand to the Fourth District Court of Appeal for reconsideration upon application of our decision in
 
 Yisrael.
 

 It is so ordered.
 

 QUINCE, C.J., and PARIENTE, LEWIS, CANADY, and POLSTON, JJ., concur. LABARGA, J., recused.